IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN CERVANTES,<br><br>     Plaintiff,<br><br>   vs.<br><br>DERRAL G. ADAMS,<br><br>     Defendant. | No. CV-F-05-132 REC/WMW P<br><br>ORDER DENYING PLAINTIFF'S REQUEST FOR CERTIFICATE OF APPEALABILITY AS UNNECESSARY |

  Because plaintiff's complaint in this action was brought pursuant to 42 U.S.C. § 1983, plaintiff's request for a certificate of appealability is unnecessary to the prosecution of his appeal and is denied on that ground.

  IT IS SO ORDERED.

**Dated:  August 17, 2005**      **/s/ Robert E. Coyle**
668554            UNITED STATES DISTRICT JUDGE

1