1

2

3

4

5

6              IN THE UNITED STATES DISTRICT COURT FOR THE

7                    EASTERN DISTRICT OF CALIFORNIA

8

9   JOHN CERVANTES,                )        No. CV-F-05-132 REC/WMW P
                                   )
10                                 )        ORDER DENYING PLAINTIFF'S
                                   )        MOTION FOR RECONSIDERATION
11                  Plaintiff,     )        (Doc. 16)
                                   )
12            vs.                  )
                                   )
13                                 )
    DERRAL G. ADAMS,               )
14                                 )
                                   )
15                  Defendant.     )
                                   )
16  _____)

17       The court hereby denies plaintiff's motion for

18  reconsideration.  As the court previously ruled, a certificate of

19  appealability is not a precondition to an appeal from the

20  resolution of an action brought pursuant to 42 U.S.C. § 1983.

21  Plaintiff's Notice of Appeal to the Ninth Circuit has been filed

22  with this court and the appeal is presently being processed to

23  the Ninth Circuit where it will be heard pursuant to the Ninth

24  Circuit's schedule.

25  ///

26  ///

                                  1

1      IT IS SO ORDERED.

2  **Dated:   September 12, 2005**              **/s/ Robert E. Coyle**
   668554                                    UNITED STATES DISTRICT JUDGE

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26