UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF

FILED

2005 SEP 26  A 8: 32

| | |
|---|---|
| JOHN CERVANTES, | No. 05-16715 |
| Plaintiff - Appellant, | D.C. No. CV-05-00132-REC/WMW |
| v. | |
| DARREL ADAMS, Warden, | **ORDER** |
| Defendant - Appellee. | |

This appeal has been taken in good faith    [ ]

This appeal is not taken in good faith    [X]

Explanation: <u>Complaint does not state a claim upon which relief can be granted and plaintiff ~~has~~ failed to comply with order to file amended complaint.</u>

_____
Judge
United States District Court

Date: Sept 24, 05